**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 109 EAL 2019

          Respondent        :

                           :   Petition for Allowance of Appeal from

             v.                 :   the Order of the Superior Court

                           :

RAYNERDO J. JONES,            :

                           :

          Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.